# ATTACHMENT A

## STIPULATION OF FACTS

*The undersigned parties stipulate and agree that if this case had proceeded to trial, this Office would have proven the following facts beyond a reasonable doubt. The undersigned parties also stipulate and agree that the following facts do not encompass all of the evidence that would have been presented had this matter proceeded to trial.*

From at least in or about December 2017 and continuing until in or about January 2018, in the District of Maryland and elsewhere, the Defendant, **SEAN DEAN** ("**DEAN**"), did knowingly conspire to recruit, entice, harbor, transport, and/or maintain five females—Girl 1 (who was 15 years old at the time), Girl 2 (who was 17 years old at the time), Girl 3 (who was 16 years old at the time), Girl 4 (who was 17 years old at the time), and Woman 1 (who was 18 years old at the time)—with the intention that Girl 1, Girl 2, Girl 3, Girl 4, and Woman 1 would be caused to engage in commercial sex acts. **DEAN** did so, having had a reasonable opportunity to observe Girl 1, Girl 2, Girl 3, and Girl 4, knowing and in reckless disregard of the fact that Girl 1, Girl 2, Girl 3, and Girl 4 had not attained the age of 18 years. **DEAN** utilized social media, such as Facebook and Instagram, and one or more cellular telephones to recruit, direct, monitor, persuade, induce, entice, coerce, and otherwise communicate with Girl 1, Girl 2, Girl 3, Girl 4, and Woman 1.

**DEAN** used one or more cellular telephones to communicate with his Co-Defendant (**"Co-Conspirator 1"**) and at least one other individual (**"Co-Conspirator 2"**) about the sex trafficking conspiracy. These phones include the following phones seized from **DEAN's** person: an Apple iPhone 6, Model A1549, formerly utilizing phone number 202-739-1808; and an Apple iPhone A1778 IC, bearing serial number 579C-E3091A. For example, on December 28, 2017, **DEAN** texted **Co-Conspirator 1**, "Tomorrow morning bro we goin go get this money and get the kids some furniture," and **Co-Conspirator 1** responded, "We on da same page."

In furtherance of the sex trafficking enterprise, **DEAN** and/or **Co-Conspirator 1** rented rooms at hotels in Timonium and Laurel, Maryland, to be used for the purpose of commercial sex acts by Girl 1, Girl 2, Girl 3, Girl 4, and Woman 1. For example, on January 1, 2018, DEAN told Woman 1: "I'm getting some more hotel rooms for us for tomorrow." **DEAN**, **Co-Conspirator 1**, and others transported Girl 1, Girl 2, Girl 3, Girl 4, and Woman 1 to various hotels, where **DEAN**, **Co-Conspirator 1**, and various combinations of Girl 1, Girl 2, Girl 3, Girl 4, and Woman 1 stayed for multiple days at a time. **DEAN** managed customer demand when one or more of the females were absent. For example, **DEAN** texted Woman 1 on January 7, 2018: "Send me y'all sales [Girl 3] and [Girl 2] goin do it while y'all gone."

While in the hotel rooms **DEAN** and/or **Co-Conspirator 1** rented, Girl 1, Girl 2, Girl 3, Girl 4, and/or Woman 1, at **DEAN**'s direction, utilized "Backpage.com" to advertise the females for commercial sex acts. "Backpage.com" commonly was used by prostitutes and "pimps" for such advertisements. The advertisements posted contained pictures of the females in provocative poses and provided contact information for clients, or "johns," to secure an appointment or "date" with one or more of the females. On January 1, 2018, after being asked for help posting by Woman

1 ("I'm tryna post that shit geeking you know anybody that could come post me or show me"), **DEAN** responded, in part, ". . . I'll get somebody to show us how to do it." **DEAN** communicated with **Co-Conspirator 2** on multiple occasions to get assistance with utilizing Backpage.com, and Co-Conspirator 2 provided instructions to one or more of the females about how to post advertisements on Backpage.com.

Girl 1, Girl 2, Girl 3, Girl 4, and Woman 1 were required to share a portion of the proceeds from any commercial sex acts with **DEAN** and **Co-Conspirator 1**. For example, on January 6, 2018, DEAN texted Woman 1: "Ard so I let you get ya coins back up a lil bit now it's time for us all to eat starting tonight whatever you make we split 50-50 same goes for [Girl 3]?" Girl 1, Girl 2, Girl 3, and Woman 1 participated in commercial sex acts while in the hotel rooms rented by **DEAN** and/or **Co-Conspirator 1** and shared a portion of the proceeds from such commercial sex acts with **DEAN** and **Co-Conspirator 1**, who benefitted financially from such proceeds.

During the first week of January 2018, **DEAN** and/or **Co-Conspirator 1** transported Girl 1, Girl 2, Girl 3, and Woman 1 to a hotel in Timonium, Maryland. Girl 1, Girl 2, Girl 3, and Woman 1 were at that hotel for approximately one week and met with multiple "johns" per day for the purpose of engaging in commercial sex acts. On January 1, 2018, **Co-Conspirator 1** texted **DEAN**, "Yo da Bitches need da room" and then followed up with a text stating that everything was "good." On January 2, 2018, **DEAN** texted Girl 1 and, to persuade her to engage in prostitution, told her that he was "trying give y'all a chance to make some real money travel and fuck wit nothing but rich white ppl." **DEAN** texted with one or more of the females to confirm that the females had "posted," or placed advertisements, on Backpage.com. On January 6, 2018, **DEAN** told Girl 1 to bring lingerie to wear in photos. On January 7, 2018, **DEAN** responds to a request by Girl 1 for food by texting "Come on now I'm not bout to have you work for nothing." Girl 1, Girl 2, Girl 3, and/or Woman 1 placed advertisements on Backpage.com from the hotel in Timonium where **DEAN** and **Co-Conspirator 1** had transported them. Girl 1, Girl 2, Girl 3, and Woman 1 shared a portion of the proceeds earned from their commercial sex acts with **DEAN** and **Co-Conspirator 1**.

During the second week of January 2018, **DEAN** and **Co-Conspirator 1** transported Girl 1, Girl 2, Girl 3, and Woman 1 to a hotel in Laurel, Maryland. **DEAN**, **Co-Conspirator 1**, Girl 1, Girl 2, Girl 3, and Woman 1 stayed at this hotel for one or two days. Girl 1, Girl 2, Girl 3, and Woman 1 saw multiple "johns" and engaged in commercial sex acts while at this hotel and shared a portion of the proceeds from such commercial sex acts with **DEAN** and **Co-Conspirator 1**, who benefitted financially from such proceeds. On January 8, 2018, **DEAN** provided **Co-Conspirator 1** Girl 4's phone number. **Co-Conspirator 1** later responded to **DEAN** that Girl 4 was not answering her phone and **DEAN** should call her. **DEAN** subsequently recruited Girl 4 to come to the hotel where **DEAN**, **Co-Conspirator 1**, Girl 1, Girl 2, Girl 3, and Woman 1 were located in order to engage in commercial sex and provide a portion of the proceeds to **DEAN** and **Co-Conspirator 1**.

At times, **DEAN** had to persuade, entice, or induce the females to continue working for him. On January 9, 2018, **DEAN** texted Woman 1, complaining that he was not receiving enough proceeds from Girl 1, Girl 2, Girl 3, and Woman 1. **DEAN** wrote, "I feel like I'm being pimped and I'm the pimp . . . . [A]t this point if you can't respect my wishes and pay me how I'm suppose

Rev. August 2018

2

to be paid then you and [Girl 3] can go to [**Co-Conspirator 2**] or do y'all own thing cuz I'm tryin win . . ."

On January 10, 2018, **DEAN** texted **Co-Conspirator 2** and told him that **DEAN** had a white girl who was a "bread winner" but **DEAN** needed help with her and wanted **Co-Conspirator 2** to "come holla at [**DEAN**]." Also on January 10, 2018, **DEAN** texted Girl 2 to "tell white girl don't go to sleep I need one of y'all to answer the phone." Later on January 10, 2018, **DEAN** texts Girl 1 and Girl 2: "I'm broke as shit fr I just paid some bills how much y'all got for me?"

On or about January 11, 2018, **DEAN** and/or **Co-Conspirator 1** transported Girl 1, Girl 2, Girl 3, Girl 4, and Woman 1 to a second hotel in Laurel, Maryland. **Co-Conspirator 1** went to the front desk and obtained keys to the rooms that were intended for Girl 1, Girl 2, Girl 3, Girl 4, and Woman 1 to use for commercial sex acts. Then, **DEAN**, Girl 1, Girl 2, Girl 3, Girl 4, and Woman 1 entered the hotel through a side door and later entered rooms on the fourth and fifth floors of the hotel. **DEAN** and an associate also transported Girl 4 to the hotel. At one point, through text messages, **DEAN** instructs Girl 4 to answer the phone in the room she is in to induce her to make prostitution dates: "It's cool answer from now on they are dates." Although **DEAN** transported Girl 4 to the hotel for the purpose of Girl 4 engaging in commercial sex acts and **DEAN** had instructed Girl 4 to engage in commercial sex acts, she did not do so.

Law enforcement subsequently responded to this hotel due to a complaint about the smell of marijuana coming from two different rooms rented by **DEAN** and/or **Co-Conspirator 1**. In the two rooms, law enforcement located Girl 1, Girl 2, Girl 3, and Woman 1, along with condoms and personal lubricant, which was to be used in connection with commercial sex acts. Girl 4 had left the hotel before law enforcement arrived. After law enforcement arrived, **DEAN** and **Co-Conspirator 1** attempted to avoid detection by leaving through different doors. **DEAN** and **Co-Conspirator 1** subsequently met at the vehicle used to transport Girl 1, Girl 2, Girl 3, Girl 4, and Woman 1 to the hotel, and fled the area.

After fleeing the area, **DEAN** exchanged text messages with Woman 1 and explained: "I left I can't fuck around with the police and [Girl 3] under age." **DEAN** also directed Woman 1 to "Delete our messages," explaining that he left the hotel to avoid the police because one of the fact that Girl 3 was "under age."

SO STIPULATED:

_____
Joseph R. Baldwin
Elizabeth Wright
Assistant United States Attorneys

_____
Sean Dean
Defendant

_____
Michael Lawlor, Esq.
Counsel for Defendant