IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CRIMINAL NO. GJH-18-0145 |
| | * | |
| SEAN DEAN *et al.* | * | |
| | * | |
| | * | |
| | ******* | |

## GOVERNMENT'S SUPPLEMENTAL SENTENCING MEMORANDUM

As highlighted in its previous sentencing memorandum, the Government has obtained a valuation of "the victim's labor as guaranteed under the minimum wage and overtime guarantees of the Fair Labor Standards Act" which is an alternative measure of restitution under 18 U.S.C. § 1593(a)(3). Attached are Exhibit 1, a Declaration by Special Agent Michael D'Angelo with respect to the number of hours worked by each of the respective victims, and Exhibit 2, a Declaration by District Director Nicholas Fiorello of the Department of Labor's Wage and Hour Division, setting forth a valuation of the time worked by the respective victims. Exhibits 2A, 2B, 2C, and 2D specify the calculations for each victim.

Respectfully submitted,

Robert K. Hur
United States Attorney

By: */s/ Joseph R. Baldwin*
Joseph R. Baldwin
Elizabeth Wright
Assistant United States Attorneys